UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| QUAID MCIVER, | ) | CASE NO.: 1:24-CV-01325 |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) ) ) | |
| CITY OF BROADVIEW HEIGHTS, ET AL. | ) ) ) | **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |
| Defendants. | ) ) ) | |

Now comes Colin G. Meeker of Blakemore, Meeker & Bowler Co., L.P.A., and motions this Most Honorable Court to withdraw in this matter as follows:

1. Colin G. Meeker, Robert C. Meeker, and Ben T. Manayan, Jr. of Blakemore, Meeker & Bowler Co., L.P.A. (collectively "BMB Law"), appeared in this matter as counsel for Plaintiff Quaid McIver.

2. Under Local Rule 83.9 Withdrawal of Counsel, "The attorney of record may not withdraw, ***, without first providing written notice to the client and all other parties and obtaining leave of Court."

3. "Withdrawal is presumptively appropriate where [ethical] rule requirements are satisfied." *Brandon v. Blech*, 560 F.3d 536, 538 (6th Cir. 2009). Although the Court's grant of a motion to withdraw is discretionary, "the pertinent local and ethical rules speak with a permissive tone." *Id*. at 537. Indeed, "while [the] rules stop short of guaranteeing a right to withdraw, they confirm that withdrawal is presumptively appropriate where the rule requirements are satisfied." *Id*. at 538.

4. As set forth below, these ethical requirements are satisfied. BMB Law has provided Plaintiff with notice of its intent to withdraw and has tried to communicate with Plaintiff to resolve the matter. Furthermore, BMB Law's withdrawal can be accomplished without material adverse effect on Plaintiff's interests; mediation has yet to occur, expert discovery has yet to occur, and there is no dispositive motion deadline or trial date scheduled. Therefore, withdrawal is appropriate under the circumstances.

5. The Ohio Rules of Professional Conduct allow an attorney to withdraw if the client insists upon taking action that the lawyer fundamentally disagrees with or after a showing of good cause. OH. R. Prof'l. Conduct 1.16(b)(4)(9).

6. Good cause exists for allowing BMB Law to withdraw from representing Plaintiff. Plaintiff and BMB Law do not share a mutual understanding regarding BMB Law's representation of Plaintiff, and BMB Law does not believe that these differences can be reconciled.

7. BMB Law has advised Plaintiff and defense counsel of its intention to file this motion and, subsequently with this filing of this motion has provided a copy of this motion to all parties. In a letter to counsel dated October 13, 2025, at 9:17 AM, Plaintiff has concurred in the relief sought herein.

8. In consideration of the above, BMB Law moves to withdraw as counsel for Plaintiff, terminating its representation of Plaintiff in the above-captioned matter.

**WHEREFORE**, Attorney Colin G. Meeker, Robert C. Meeker, and Ben T. Manayan, Jr. of Blakemore, Meeker & Bowler Co., L.P.A respectfully request that the attached proposed Order be entered granting their Motion for Withdrawal as Counsel.

Respectfully submitted,

BLAKEMORE, MEEKER & BOWLER CO, L.P.A.

/s/ COLIN G. MEEKER
COLIN G. MEEKER (Ohio Bar No. 0092980)
495 Portage Lakes Dr
Akron, OH 44319
Telephone: (330) 253-3337
Facsimile: (330) 253-4131
cgm@bmblaw.com

*Attorneys for Quaid McIver*

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon all parties via electronic mail service on the **13th *day of October, 2025***, to the following:

Quaid McIver, Plaintiff - quaidmciver@aol.com

&

Carol K. Metz – cmetz@travelers.com
Daniel M. Witte – dwitte@travelers.com
Thomas Kelly - tkelly@northroyalton.org
Jonathan H. Krol - Jkrol@reminger.com
Jillian L. Dinehart – jldinehart@mdweg.com

Counsel for Defendant

Respectfully submitted,

/s/ COLIN G. MEEKER
COLIN G. MEEKER (Ohio Bar No. 0092980)